SIDNEY v. ALLEN

No. 211A94

Case below: 114 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 29 December 1994.

STATE v. BROWN

No. 597A94

Case below: 117 N.C.App. 239

Motion by Attorney General for temporary stay allowed 16 December 1994. Petition by Attorney General for writ of supersedeas allowed 29 December 1994.

STATE v. GRIFFIN

No. 558P94

Case below: 116 N.C.App. 737

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

STATE v. HILL

No. 573P94

Case below: 116 N.C.App. 573

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

STATE v. RAMSEY

No. 580P94

Case below: 112 N.C.App. 546

Petition pro se by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 December 1994.